RICHARD S. HARTUNIAN
United States Attorney
Emily M. Fishman
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-2644
emily.fishman@ssa.gov
Bar Roll No. 518330



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 9 2015
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Utica

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

HOLLY KOSKEY,

                               Plaintiff,

                v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.

---------------------------------------------------------x

No. 3:14-cv-00567-DNH-DEP

CONSENT ORDER TO REMAND
PURSUANT TO SENTENCE 4 OF
42 U.S.C. § 405(g)

This matter having been opened to the Court by Richard S. Hartunian, United States

Attorney for the Northern District of New York, and Emily M. Fishman, Special Assistant

United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of

action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further

administrative action may be taken (including a new hearing and a new decision); and Plaintiff,

through the undersigned attorneys, having consented to the within order and the requested

remand; and the Court having considered the matter,

IT IS on this 9th day of January 2015;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action including a *de novo* hearing, and it is further

·    ORDERED that the within matter, be and hereby is, DISMISSED, and the Clerk is hereby directed to enter judgment, in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

BY:    /s/ Emily M. Fishman
       Emily M. Fishman, Esq.
       Special Assistant United States Attorney
       Attorney for Defendant
       Bar Roll No. 518330


BY:    /s/ Peter A. Gorton
       Peter A. Gorton, Esq.
       Lachman & Gorton
       Attorney for Plaintiff
       Bar Roll No. 104832